IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re:<br><br>THOMAS LEE<br>      Debtor,<br><br><br>VW CREDIT, INC.<br>      Movant,<br><br>  v.<br><br>THOMAS LEE, and<br>KENNETH E. WEST, Trustee,<br>      Respondents. | Bankruptcy No. 25-10411-amc<br><br><br>Chapter 13 |
|---|---|

ORDER OF COURT

AND NOW, this ___ day of _____, 2025, upon consideration of the foregoing Motion for Relief from the Automatic Stay, it is hereby ORDERED,

    a. Relief from the Automatic Stay is granted as to the interest of VW Credit, Inc. in the 2024 Audi RS 3, VIN: WUAG4DGY5RA907097.

    b. The stay provision of Fed. R. Bankr. P. 4001(a)(3) does not apply to this order.

BY THE COURT:

_____
Honorable Ashely M. Chan
U.S. Bankruptcy Court Chief Judge